# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2015

## NO. 03-13-00560-CV

**Risk Management Strategies, Inc., Appellant**

**v.**

**Texas Workforce Commission; Commissioner Andres Alcantar;
Commissioner Ronald G. Congleton; and Commissioner Hope Andrade, Appellees**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on May 17, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in that portion of the trial court's judgment granting appellees' plea to the jurisdiction as to appellant's suit for judicial review. However, the Court holds that there was reversible error in that portion of the trial court's judgment granting the plea to the jurisdiction as to appellant's *ultra vires* claims. Therefore, the Court affirms that portion of the trial court's judgment granting appellees' plea to the jurisdiction and dismissing appellant's suit for judicial review, and reverses that portion of the trial court's judgment granting the plea to the jurisdiction as to appellant's *ultra vires* claims and dismissing appellant's claims for declaratory and injunctive relief, and remands

the case to the trial court in order to provide appellant an opportunity to amend its pleadings. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.